UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ADELE SOLOMON, | Case No. 2:14-cv-01680-MMD-PAL |
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY, | |
| Defendant. | |

Before the court is Plaintiff's Motion for Hearing to Set Early Neutral Evaluation (Dkt. #25) filed June 11, 2015.  No response to the motion has been filed and the time for filing a response has run.  This is an action filed pursuant to the Fair Labor Standards Act ("FLSA"). Counsel for Plaintiff seeks a referral to the ENE program acknowledging that this case is not one that would normally be set for an ENE.

Having reviewed and considered the matter, and conferred with Judge Foley,

**IT IS ORDERED:**

1.  The Motion is **Granted**, and the matter is referred for an early neutral evaluation.

2.   Judge Foley is the ENE judge assigned to conduct ENE's in my cases pursuant to local practice, and will enter a separate order scheduling this matter for ENE.

DATED this 17th day of July, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1