ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendant
    Clark County

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| ADELE SOLOMON,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY,<br><br>    Defendants. | CASE NO. 2:14-cv-1680-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that all claims have been settled.

...

...

...

...

...

...

...

...

...

4832-2014-0587.1

IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 31 day of December, 2015.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 003062
Danielle C. Miller, Esq.
Nevada Bar No. 009127
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County*

DATED this 31 day of December, 2015.

LAW OFFICES OF DANIEL MARKS.

By: _____
Daniel Marks, Esq.
Nevada Bar No. 002003
Adam Levine, Esq.
Nevada Bar No. 004673
LAW OFFICES OF DANIEL MARKS
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Adele Solomon*

## ORDER

IT IS SO ORDERED.

Dated this 5th day of January, 2016.

_____
U.S. DISTRICT COURT JUDGE

4832-2014-0587.1

2